1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-01655-JAM-CSK

12                                          No. 2:24-cv-01656-JAM-CSK

13                                          No. 2:24-cv-01657-JAM-CSK

14                                          No. 2:24-cv-01658-JAM-CSK

15                                          No. 2:24-cv-01692-JAM-CSK

16                                          No. 2:24-cv-01693-JAM-CSK

17                                          No. 2:24-cv-01694-JAM-CSK

18                                          No. 2:24-cv-01695-JAM-CSK

19                                          No. 2:24-cv-01696-JAM-CSK

20                                          No. 2:24-cv-01698-JAM-CSK

21

22

23

24                                          **ORDER**

25

26

27         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01655, 2:24-cv-01656, 2:24-cv-01657, 2:24-cv-01658, 2:24-cv-01692, 2:24-cv-01693, 2:24-cv-01694, 2:24-cv-01695, 2:24-cv-1696 and 2:24-cv-01698 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these cases.  **No further filings will be accepted**.

Dated: June 20, 2024                                    /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-01656 plaintiff names the Fifth Appellate District Court.  In the captions of 2:24-cv-01692, 2:24-cv-01693, 2:24-cv-01694 and 2:24-cv-01698, plaintiff names the San Joaquin County Superior Court.  In the caption of 2:24-cv-01696, plaintiff names the "Superior Court of California."  To the extent plaintiff intended to raise the claims raised in these cases in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-01656, 2:24-cv-01692, 2:24-cv-01693, 2:24-cv-01694, 2:24-cv-01696 and 2:24-cv-01698 and are related to Plaintiff's Alameda County criminal conviction.

2